# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARY A. REESE and HONESTY L. TRUTH | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-1578-S-BT |
| AMERICAN AUTOMOBILE ASSOCIATION, INC., and RAAMS CLUB SERVICES | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **DENIES** Plaintiffs' Motion for Reinstatement [ECF No. 10] and Amended Motion for Reinstatement [ECF No. 11].

**SO ORDERED.**

SIGNED November 10, 2025.

_____
**UNITED STATES DISTRICT JUDGE**